# STEERING COMMITTEE / LEAD COUNSEL*

### MDL 1401 In Re: Inter-Op Hip Prosthesis Products Liability Litigation

| Stan Chesley, Esq.* | Waite, Schneider, Bayless & Chesley Co., L.P.A. | 1513 Central Trust Tower Fourth & Vine Streets Cincinnati, OH 45202 | TEL: 513-621-0267 FAX: 513-381-2375 Email: wsbclaw@aol.com |
|---|---|---|---|
| John Climaco, Esq.* | Climaco, Climaco, Seminatore, et al | 1228 Euclid Avenue, 9th Fl Cleveland, OH 44115 | TEL: 216-621-8484 FAX: 216-771-1632 Email: jrclim@climacolaw.com |
| R. Eric Kennedy, Esq.* | Weisman, Goldberg & Weisman Co., L.P.A. | 1600 Midland Building Cleveland, OH 44115 | TEL: 216-781-1111 FAX: 216-781-6747 Email: drozman@weismanlaw.com; dgoetz@weismanlaw.com |
| Robert M. Foote, Esq. | Foote, Meyers, Mielke & Flowers, L.L.C. 13 S. 7th Street Geneva, IL 60134 | 13 S. 7th Street Geneva, IL 60134 | TEL: 630-232-6333 FAX: 630-845-8982 Email: rmf@foote-meyers.com |
| Archie Lamb, Esq. | Law Offices of Archie Lamb | P.O. Box 2008 Birmingham, Alabama 35201 | TEL: 205-324-4644; 1-800-324-4425 FAX: 205-324-4649 Email: alamb@archielamb.com |
| Gayle M. Blatt, Esq. | Casey, Genny, Reed & Schentz | 1100 Laurel Street San Diego, CA 92101 | TEL: 619-238-1811 FAX: 619-544-9232 Email: gblatt@cglaw.com |
| Peter McNulty, Esq. | Law Offices of Peter J. McNulty | 827 Moraga Drive Bel Air, CA 90049 | TEL: 310-471-2707 FAX: 310-472-7014 Email: peter@mcnultylaw.com |
| Daniel Becnel, Esq. | Law Offices of Daniel Becnel, Jr. | 106 West 7th Street P.O. Drawer H Reserve, LA 70084 | TEL: 504-536-1186 FAX: 504-536-6445 Email: dbecnel@gulfsouth.verio.com |

| Michael Ryan, Esq. | Krupnick, Campbell, Malone, Roselli, et al | 700 S.E. Third Ave., #100 Ft. Lauderdale, FL 33316 | TEL: 954-763-8181 FAX: 954-763-8292 Email: mryan@krupnicklaw.com |
|---|---|---|---|
| Mark P. Robinson, Jr., Esq. Kevin Calcagnie, Esq. | Robinson, Calcagnie & Robinson | 620 Newport Center Drive, 7th Floor Newport Beach, CA 92660 | TEL: 949-720-1288 FAX: 949-720-1292 Email: mrobinson@rcrlaw.net |
| Wendy Gauthier, Esq. James Dugan, II, Esq. | Gauthier, Downing, LaBarre, Beiser & Dean | 3500 N. Hullen Street Metairie, LA 70002 | TEL: 504-456-8600 FAX: 504-456-8624 Email: jrd@gauthier-downing.com |
| Don Barrett, Esq. | The Barrett Law Firm | 404 Court Square, North P. O. Box 987 | TEL: 662-834-2376 FAX: 662-834-2628 Email: dbarrett@barrettlawoffice.com |
| C. Brooks Cutter, Esq. | Friedman, Collard, Cutter & Panneton | 7750 College Town Drive, #300 Sacramento, CA 95826 | TEL: 916-381-9011 FAX: 916-381-7048 Email: brooks@cutterlaw.com |
| Keith Fleischman, Esq. | Milberg, Weiss, Bershad, Hynes & Lerach | One Pennsylvania Plaza New York, NY 10119 | TEL: 212-594-5300 FAX: 212-868-1229 Email: kf@mwbhlny.com |
| Richard S. Wayne, Esq. | Strauss & Troy | 150 E. 4th Street Federal Reserve Bank Building Cincinnati, OH 45202-4018 | TEL: 513-621-2120 FAX: 513-241-8259 Email: rswayne@strauss-troy.com |