

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: SULZER HIP PROSTHESIS | : | Case No. 1:01-CV-9000 |
| AND KNEE PROSTHESIS PRODUCT | : | (MDL Docket No. 1401) |
| LIABILITY LITIGATION | : | JUDGE O'MALLEY |
| | : | |
| | : | ORDER |

Pursuant to Claims Administrator Procedure No. 8, the Claims Administrator has submitted for the Court's approval a proposal for an insurance contract between the Claims Administrator and Chubb Group of Insurance Companies. The Court has reviewed the proposal and concludes that it is necessary in the furtherance of the aims of the Settlement Agreement and does hereby grant approval for the Claims Administrator to enter into a contract consistent with this proposal.

Any breach of the terms of the Settlement Agreement may void this Order. Pursuant to Section 9.1 of the Settlement Agreement, the Court retains the exclusive and continuing jurisdiction to interpret and enforce the terms and conditions of the Settlement Agreement, and to resolve any dispute or enforce any provision in respect of this contract.

AND NOW, this __6th__ day of ~~September~~ October, 2006, this Court having considered the proposal for a contract between the Claims Administrator and Chubb Group of Insurance Companies, it is hereby ORDERED that the Claims Administrator's request to enter into such a contract with Chubb Group of Insurance Companies is approved.

SO ORDERED

_Kathleen M. O'Malley_
Kathleen McDonald O'Malley
Judge